**IT IS ORDERED as set forth below:**

**Date: September 01, 2010**

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO:09-85604-JEM |
| | : | |
| Eric D. Bryant, | : | CHAPTER 7 |
| | : | |
| Debtor . | : | JUDGE MASSEY |
| ............................ | : | |
| | : | |
| Eric D. Bryant, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | ADVERSARY NO. 09-6574 |
| | : | |
| Wells Fargo Auto Finance, Inc., | : | |
| and Titan Recovery & Collection Services LLC | : | |
| Defendant. | : | |

**NOTICE OF RE-ASSIGNMENT OF TRIAL**

PLEASE TAKE NOTICE that the trial in the above-styled adversary proceeding will

be held in Courtroom **1404**, United States Courthouse, 75 Spring Street, S.W., Atlanta, GA, at **10:00 A.M.**, on the **20** day of **October**, 2010.

Each party is directed to comply with the Court's directives as explained in the Order entered on February 24, 2010.